Michael J. Terhar [State Bar No. 89491]
Jonathan E. Hembree [State Bar No. 274051]
CUNNINGHAM SWAIM, LLP
2 North Lake Avenue, Suite 550
Pasadena, California 91101
Telephone: (626) 765-3000
Facsimile: (626) 765-3030
Email: mterhar@cunninghamswaim.com
Email: jhembree@cunninghamswaim.com

Attorneys for Defendant,
AMERICAN AIRLINES, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE LUQUE, | Case No. |
| Plaintiff, | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b) (DIVERSITY)** |
| vs. | |
| AMERICAN AIRLINES, INC., and DOES 1 through 20, Inclusive, | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

Defendant, AMERICAN AIRLINES, INC., hereby respectfully gives notice of its removal of the above-captioned action to this Court, upon the following bases:

1. On August 9, 2021, Plaintiff Marie Luque filed her complaint (the "Complaint") in that certain lawsuit styled *LUQUE vs AMERICAN AIRLINES, INC*, County of Riverside Superior Court case number CVSW2106887 (the "Underlying Action"), against defendants AMERICAN AIRLINES, INC. (herein "American Airlines"), and DOES 1 through 20, Inclusive.

2. Plaintiff caused to be served upon removing Defendant American Airlines a copy of a summons (the "Summons") and the Complaint via process server on January 18, 2022. This service was removing Defendant's first receipt of an initial pleading in the Underlying Action showing a basis for removal. Fewer than thirty days have since elapsed.

3. Plaintiff alleges in her Complaint that Plaintiff is entitled to recover damages from Defendants for injuries arising from a coffee spill that allegedly occurred on August 11, 2019 during an American Airlines flight departing from California.

4. Plaintiff's Complaint asserts two causes of action against American Airlines for general negligence and breach of contract.

5. Plaintiff prays in the Complaint for recovery of compensatory damages, including a burn and scalding, "permanence of injury in the form of scarring," continuing and future pain, suffering, worry and anxiety, medical treatment including the use of surgeons, medical expenses from physicians, surgeons, therapists, nurses and "other professional services", future medical treatment and expenses including future utilization of surgeons, loss of the ability to engage in her usual physical activities which is continuing, property damages and contract damages. These claims exceed the minimum jurisdictional requirements.

6. Removing Defendant American Airlines was and is a corporation duly organized and existing by virtue of the laws of the State of Delaware with its principal place of business in the State of Texas.

7. Plaintiff Marie Luque was and is an individual residing in California.

8. The Underlying Action is a civil action in which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendants pursuant to 28 U.S.C. §§ 1441 and 1446 based upon this Court's diversity jurisdiction, for the following reasons:

(a) Each plaintiff is a citizen of a different state than each defendant because (1) Plaintiff Marie Luque was and is a citizen of the State of California; and (2) Removing Defendant American Airlines is a Delaware corporation with its principal place of business in Texas;

(b) Plaintiff alleges a civil action against removing Defendant American Airlines;

(c) The matter in controversy is asserted by Plaintiff to exceed the sum or value of $75,000, since Plaintiff claims recovery of compensatory damages, including a burn and scalding, "permanence of injury in the form of scarring," continuing and future pain, suffering, worry and anxiety, medical treatment including the use of surgeons, medical expenses from physicians, surgeons, therapists, nurses and "other professional services", future medical treatment and expenses including future utilization of surgeons, loss of the ability to engage in her usual physical activities which is continuing, property damages and contract damages.  These claims exceed the minimum jurisdictional requirements.  These allegations were found by Defendant's Counsel to exceed $75,000; and

(d) Thirty days have not yet passed since removing Defendant was served with the summons and Complaint in the Underlying Action.

9. Attached to this notice are true and correct copies of the following documents, which comprise all the documents from the state court docket that were received by Counsel for Removing Defendant in the Underlying Action:

Exhibit A: The 8/9/21 Complaint and Summons; The 8/9/21 Certificate of Counsel; The 8/11/21 Notice of Case Management Conference.

1  Dated: February 10, 2022          CUNNINGHAM SWAIM, LLP
2
3                                    By: */s/ Michael Terhar*
4                                         Michael J. Terhar
                                          Jonathan E. Hembree
5                                         Attorneys for Defendant,
                                          AMERICAN AIRLINES, INC.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **DEMAND FOR JURY TRIAL**

Defendant, AMERICAN AIRLINES, INC. hereby demands a trial by jury.

Dated: February 10, 2022      CUNNINGHAM SWAIM, LLP

By: */s/ Michael Terhar*
Michael J. Terhar
Jonathan E. Hembree
Attorneys for Defendant,
AMERICAN AIRLINES, INC.